IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:14-CR-3-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL RANKINS, ) | |
|    Defendant. ) | |

This matter is before the court on its own motion. On March 21, 2014, Defendant, Michael Rankins, appeared before the court for an initial appearance. While being advised by the court, Defendant repeatedly indicated that he was confused and did not understand the charges against him. Based on the Defendant's actions and statements to the court, the court finds that there is reasonable cause to believe that Defendant may be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The court, therefore, ORDERS that Defendant be committed to the custody of the United States Attorney General for a period not to exceed thirty (30) days for purposes of a psychological and/or psychiatric examination at FMC Butner or such other suitable facility as may be designated by the Attorney General pursuant to 18 U.S.C. §§ 4241 and 4247(b). A report of the examination(s) shall be prepared and filed with the court pursuant to 18 U.S.C. § 4247(c), with copies provided to counsel for Defendant and counsel for the Government.

It is further ordered that the initial appearance in this case shall be CONTINUED pending a determination of Defendant's mental competency to stand trial. Any delay that results from this order is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A),

as well as pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finding that the interests of justice served by the additional time required to assess Defendant's competency outweigh the best interests of the public and defendant in a speedy trial.

This 25th day of March 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge