IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:14-CR-03-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MICHAEL RANKINS, | ) |

This matter is before the Court on defendant Michael Rankins's pro se motion requesting transfer to the Federal Medical Facility in Butner, North Carolina (FMC–Butner). [DE 100]. Mr. Rankins is currently in federal custody at Piedmont Regional Jail in Farmville, Virginia, awaiting trial on a single count of armed bank robbery in violation of 18 U.S.C. § 2113(a), 2113(d) and (2). [DE 1]. Trial is presently scheduled for March 2, 2015. [DE 98]. Mr. Rankins has a documented history of medical concerns, which have been relayed to the Court, [DE 62], and he has filed multiple pro se motions in which he expressed concern about his medical treatment [DE 84, 99]. In the instant motion, Mr. Rankins reiterates his medical concerns and requests a transfer to FMC–Butner. In contrast to the previous motions, his counsel joins Mr. Rankins in the instant motion. [DE 101]. For good cause shown, defendant's motion [DE 100] is hereby GRANTED and the U.S. Marshals Service is ordered to transport defendant from the Piedmont Regional Jail to FMC–Butner for medical attention, where he shall be housed until trial.

SO ORDERED, this __14__ day of January, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE