IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:14-CR-03-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL RANKINS, | ) | |

This matter is before the Court *sua sponte* regarding the Court's January 14, 2015, order requiring defendant Michael Rankins to be housed at the Federal Medical Center in Butner, North Carolina (FMC-Butner). [DE 104]. Because FMC-Butner lacks the bed space necessary to house Mr. Rankins, the Court hereby modifies its January 14, 2015, order to require that Mr. Rankins be housed anywhere within the Federal Correctional Complex in Butner, North Carolina. If Mr. Rankins needs to receive medical care at FMC-Butner, he can easily and quickly be transferred there from anywhere in the Butner complex.

SO ORDERED, this __13__ day of February, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE