IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-3-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER and |
| | ) | NOTICE of HEARING |
| MICHAEL RANKINS, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's amended motion to dismiss (DE 230) and second motion to dismiss (DE 236). Where the government has responded in opposition, issues raised are ripe for ruling. In his first motion to dismiss, defendant seeks to dismiss the indictment based upon alleged destruction of exculpatory evidence. In his second motion to dismiss, defendant seeks to dismiss the indictment based upon speedy trial violations and other delays. Upon considered review of the motions, the government's responses, and the record in this case, the court DENIES defendant's motions to dismiss for the reasons stated in the government's responses.

There remain pending the government's motion in limine to admit his admissions at sentencing (DE 235), filed December 19, 2017, and defendant's motion for pro se representation (DE 233), filed December 6, 2017. The court notices the matter for hearing on these remaining motions **January 24, 2018, at 10:00 a.m.** in New Bern, North Carolina. The court also will conduct at that time pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1, in address of a date for arraignment and time for trial upon any not guilty plea.

SO ORDERED, this the 17th day of January, 2018.

                                                LOUISE W. FLANAGAN
                                                United States District Judge