IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-3-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL RANKINS | ) | |

This matter comes before the court on defendant's pro se motion to represent himself at sentencing hearing, (DE 298), coming on the heels of his pro se motion for temporary release, (DE 294), earlier denied. That motion was preceded by defendant's pro se motion to withdraw his guilty plea, (DE 288), also denied. This case, originating by indictment filed over four years ago, has been protracted by competency issues, defendant's complaints about counsel, appeals, and more. It is time for it to come to judgment.

Defendant is not entitled to counsel who will agree with him always; he is entitled to competent counsel. There is nothing in the motion that suggests defendant cannot work with counsel in aid to his defense at sentencing. Baseless claims are made challenging counsel's loyalty which the court has no reason to question. This attorney's zealous representation of defendant is plain on the face of the record.

Defendant shall work with and assist his counsel in preparation for his sentencing, and file no more motions, which also no doubt distract counsel from his important work. The court repeats its admonition entered into the record on April 5, 2018, in this part: **"Defendant is admonished not to paper the court's file with pro se filings, but, instead, to work with counsel to prepare for sentencing. In accord with prior orders, any future pro se filing summarily will be denied."**

As previously noticed, sentencing is set for the July 17, 2018, term at New Bern. Defendant shall be present then with counsel.

SO ORDERED, this the 29th day of May, 2018.

                                                  _____
                                                  LOUISE W. FLANAGAN
                                                  United States District Judge