> **Motion DENIED.**
> This the 4th day of June, 2018.
> /s/Louise W. Flanagan, U.S. District Judge

FILED
JUN 01 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ MC ___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.    No. 1:14-CR-3-FL-1

MICHAEL RANKINS
  DEFENDANT

DEFENDANT'S PRO SE MOTION REQUESTING 911 BANK ROBBERY RECORDING OF WELLS FARGO BANK BE PRESENT DURING THE FARETTA V. CALIFORNIA HEARING

1. THE GOVERNMENT HAS INDICATED IN THE PRESENTENCE INVESTIGATION REPORT IN PARAGRAPH 14, 15, 16, 17, AND 18 THAT I LIED IN THE MOTIONS THAT I FILED PRO SE AND AT THE OCTOBER 12, 2018 HEARING THAT IT WAS A 20 YEAR OLD THIRD SUSPECT WHO ROB THE WELLS FARGO BANK WITH WILLIAM TWINE THE GOVERNMENT HAS SUPPORT THIS WITH THE COURT ORDER IN JANUARY 2018 WHICH THE GOVERNMENT STATES THAT THE COURT HAS DECLARED MY CLAIMS ABOUT THE 20 YEAR OLD THIRD SUSPECT UNFOUNDED

AND THAT I LIED AND ASK THE COURT TO GIVE ME A 2 LEVEL ENHANCEMENT FOR OBSTRUCTION OF JUSTICE MY ATTORNEY ELLIOT S. ABRAMS IS REFUSING TO DISPUTE THIS FACT. WELL AS OTHER FACTS.

2. I WAS ALLOW TO LISTEN TO THE 911 TAPE OF THE WELLS FARGO BANK ROBBERY SOMETIME AFTER I ENTER MY GUILTY PLEA THE VICTIMS SAID THE BANK WAS BEING ROB BY A 20 YEAR OLD BLACK SUSPECT. THE 911 BANK ROBBERY TAPE COLLABORATE WITH ALL MY PRO SE MOTIONS IN PARAGRAPHS 14, 15, 16, 17 AND 18 ABOUT THE 20 YEAR OLD BLACK SUSPECT. WHEREFORE DEFENDANT REQUEST THAT THIS COURT SHOULD ALLOW THIS EVIDENCE TO BE SUBMITTED IN THE RECORD THAT WOULD ALSO SHOW THAT OFFICER A. THILLMON CORRUPT POLICE IN THIS CASE DESTROYED EVIDENCE IN THIS CASE ABOUT THE 20 YEAR OLD THRID SUSPECT.

RESPECTFULLY SUBMITTED,

*Michael Rankins*

MICHAEL RANKINS
20 EXECUTIVE ~~DRIVE~~ SOUTH
ELIZABETH CITY, N.C. 27909

DATE: MAY 28, 2018