UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-3-FL-1

UNITED STATES

v.

MICHAEL RANKINS

ORDER

For good cause shown, the Court GRANTS the motion to seal, [DE 314]. The Clerk is ORDERED to maintain Mr. Rankins' Sentencing Memorandum [DE 313] under seal until further order of the Court.

SO ORDERED.

This the 30th day of July, 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE