UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-00003-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL RANKINS | ) | |

For good cause, the United States' motion to seal is GRANTED.

The Clerk is hereby ORDERED to seal the United States' Motion for Upward Departure and Variance [DE 316] and the United States' Sentencing Memorandum [DE 317] until further order of the Court.

This the  30th  day of   July    , 2018.

LOUISE WOOD FLANAGAN
United States District Judge