> **Motion DENIED.**
>
> This the  2nd day of   August   , 20 18 .
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-3-FL-1

| UNITED STATES<br><br>v.<br><br>MICHAEL RANKINS | MOTION TO ALLOW DEFENDANT TO ATTEND FATHER'S WAKE AND/OR FUNERAL, ALTERNATIVE MOTION TO ALLOW DEFENDANT TO HAVE PRIVATE VIEWING OF FATHER'S BODY |
|---|---|

Defendant moves for permission to attend his father's wake and/or funeral or alternatively moves for a private viewing of father's body. In support of this Motion, Defendant shows as follows:

1. According to Mr. Rankins' sister, Mr. Rankins' father passed away on Saturday, July 28, 2018, in Bristol, Pennsylvania.

2. The wake and funeral are anticipated to occur either Friday, August 3, 2018 or Saturday, August 4, 2018.

3. Undersigned counsel will provide the Court with further details regarding wake and funeral arrangements as soon as such arrangements have been finalized.

4. Mr. Rankins hopes to be able to attend his father's wake and funeral or otherwise visit his body and pay his final respects.

5. Mr. Rankins understands that he will have to be escorted by U.S. Marshals and consents to same.

6. Mr. Rankins is indigent and thus cannot afford to pay the costs of supervision.

7. The Government opposes this request.

WHEREFORE, Mr. Rankins moves for permission to attend his father's wake and/or funeral or to have a private visitation on Friday, August 3, 2018 or Saturday, August 4, 2018.

Respectfully submitted, this the 1st day of August, 2018.

CHESHIRE PARKER SCHNEIDER &
BRYAN, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
elliot.abrams@cheshirepark.com
*CJA Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Jacob D. Pugh.

This the 1st day of August, 2018.

/s/ Elliot S. Abrams
Elliot S. Abrams
