IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-3-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL RANKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for compassionate release, (DE 364). The court DIRECTS the government to respond to the motion within **14 days** of the filing of this order.

SO ORDERED, this the 20th day of April, 2020.

LOUISE W. FLANAGAN
United States District Judge