IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-cr-00003-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MICHAEL RANKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's Motion to seal an exhibit [D.E. 369] attached to the United States' response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the exhibit [D.E. 369] attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this <u>4th</u> day of <u>   May   </u>, 2020.

*Louise V. Flanagan*
LOUISE WOOD FLANAGAN
United States District Judge